UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STEPHEN FLANAGAN, as a Trustee of the General
Building Laborers' Local 66 Vacation Fund, *et al.*,

                      Plaintiff,

        -against-

WILLIAM G. PROPHY LLC d/b/a WGP
CONTRACTING INC. and WILLIAM G.
PROEFRIEDT,

                      Defendants.
----------------------------------------------------------------X

CV: 18-1303 (JS) (AKT)

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties in the above-captioned action, that Defendants' time to answer, move or otherwise respond to the complaint is extended up through and including August 10, 2018.

Dated: Islandia, New York
         June 20, 2018

**SCOTT MICHAEL MISHKIN, P.C.**

By: _____
Kyle D. Pulis, Esq. (KP0415)
One Suffolk Square, Suite 240
Islandia, New York 11749
Tel: (631) 234-1154
Fax: (631) 234-5048
*Attorneys for Defendants*

Dated: Patchogue, New York
         June 20, 2018

**LAVELLE LAW & ASSOCIATES, P.C.**

By: _____
William T. Lavelle, Esq.
Scotti Smith
57 East Main Street
Patchogue, New York 11772
Tel: (631) 475-0001
*Attorneys for Plaintiffs*

SO ORDERED:

_____