UNITED STATES DISTRICT COURT	CIVIL CONFERENCE
EASTERN DISTRICT OF NEW YORK	MINUTE ORDER

BEFORE:	A. KATHLEEN TOMLINSON	DATE:	11-27-2018
	U.S. MAGISTRATE JUDGE	TIME:	2:55 p.m. (6 minutes)

*Flanagan, as a Trustee of the General Building Laborers' Local 66 Vacation Fund, et al.
v. William G. Prophy LLC, et al.*
**CV 18-1303 (JS) (AKT)**

TYPE OF CONFERENCE:	**STATUS CONFERENCE**

APPEARANCES:	Plaintiff	William Troy LaVelle

	Defendant	Paul Carruthers
		Kyle T. Pulis

FTR:   2:55-3:01

SCHEDULING:

This case is now set down for a Telephone Status Conference on December 17, 2018 at 12 noon.  Attorney LaVelle is requested to initiate the call to Chambers with opposing counsel on the line.

**THE FOLLOWING RULINGS WERE MADE:**

Defendants' counsel advised the Court today that he received the results of the audit just yesterday and needs time to review them himself and with his client.  I am giving counsel that opportunity.  At the December 17 Conference, defendants' counsel needs to be prepared to tell the Court what the defendants' position is with respect to the audit results and both sides need to be prepared to discuss the scheduling of discovery going forward.

					**SO ORDERED**

					/s/ A. Kathleen Tomlinson
					A. KATHLEEN TOMLINSON
					U.S. Magistrate Judge