| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: | A. KATHLEEN TOMLINSON | DATE: | 12-17-2018 |
| | U.S. MAGISTRATE JUDGE | TIME: | 12:25 p.m. (7 minutes) |

***Flanagan, as a Trustee of the General Building Laborers' Local 66 Vacation Fund, et al.
v. William G. Prophy LLC, et al.***
**CV 18-1303 (JS) (AKT)**

TYPE OF CONFERENCE: **TELEPHONE STATUS CONFERENCE**

APPEARANCES:  Plaintiff  William Troy LaVelle

Defendant  Kyle T. Pulis

FTR:  12:25-12:32

SCHEDULING:

This case is set down for a Telephone Status Conference on February 20, 2019 at 2 p.m.

**THE FOLLOWING RULINGS WERE MADE:**

Counsel reported back today that defense counsel reviewed the audit results with his client during a meeting at Local 66. The audit was subsequently revised and the parties are still working on the correct numbers with respect to the amounts owed, interest and costs. Counsel believe they will be able to resolve this matter without further litigation, but need some additional time to do so. I am granting that request and giving the parties until February 19 to reach a resolution and file a stipulation of discontinuance. If they do not do so by February 19, then the Court will set a case management schedule in place at the February 20, 2019 conference.

**SO ORDERED.**

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge