UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Flanagan, as Trustee of The General Building : CV:18-1303(JS)(AKT)
Local 66 Vacation Fund, *et al.*, :
                              Plaintiff, : **MOTION TO WITHDRAW**
   - against - : **AS ATTORNEY OF RECORD**
  :
William G. Trophy LLC, d/b/a WGP :
Contracting Inc. and William G. Proefriedt., :
  :
                           Defendants. :
------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the attached affidavit of Scott Michael Mishkin, Esq., as required by Local Civil Rule 1.4, the undersigned will move this Court, before the Honorable Joanna Seybert, United States District Court Judge, at the Courthouse for the United States District Court for the Eastern District of New York, Alphonse M. D'Amato 100 Federal Plaza. Courtroom 830, Central Islip, New York 11722, on a date and a time set by the Court, or as soon thereafter as counsel may be heard for an ORDER:

Granting the Motion of Scott Michael Mishkin, PC , to Withdraw as Attorneys of Record for William G. Trophy LLC, d/b/a WGP Contracting Inc. and William G. Proefriedt, in this matter .

Dated: Islandia, New York
       January 18, 2019

                                      Respectfully submitted,

                                      **SCOTT MICHAEL MISHKIN, P.C**

                                      By:_____
                                      Scott Michael Mishkin (SMM 3687)