```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
STEVEN FLANAGAN, TRUSTEE FOR
     LOCAL 66 FUNDS
                                        CALENDAR NOTICE
     -V-                                CV 18-1303 (JS)(AKT)

WILLIAM PROEFRIEDT
WILLIAM G. PROPHY, LLC
-------------------------------X
```

APPEARANCES:
For Plaintiff(s):
William LaVelle, Esq.
57 E. Main St.
Patchogue  NY 11772

For Defendant(s):
Scott Mishkin, Esq.
1 Suffolk Sq.    #240
Islandia  NY 11749


THE CASE HAS BEEN SCHEDULED FOR A HEARING RE: MOTION FOR COUNSEL TO WITHDRAW BEFORE JUDGE SEYBERT AT **2:00PM ON MONDAY, FEB. 11, 2019**.  THE MOVANT AND HIS CLIENT MUST ATTEND.  PLAINTIFF'S COUNSEL MAY ATTEND, AT HIS OPTION.

PLEASE REPORT TO COURTROOM 1030 AT THE CENTRAL ISLIP COURTHOUSE, FEDERAL PLAZA, SPUR DR. NORTH OFF CARLETON AV.(CR 17)(SOUTHERN STATE PKWY. EXIT 43A.)

                                   _____/s/_____
                                    CHARLES J. BARAN,
                                    COURTROOM DEPUTY CLERK FOR
                                    HON. JOANNA SEYBERT

DATED: JAN. 23, 2019
       CENTRAL ISLIP  NY




cc: William Proefriedt
    85 Sprucewood Rd.
    W. Babylon  NY 11704