DATE: 2/11/2019    AT: 2:00

BEFORE JUDGE JOANNA SEYBERT:

MOTION CONFERENCE

DOCKET NUMBER: CV 18-1303

TITLE: FLANAGAN -V- PROEFRIEDT

APPEARANCES:

FOR PLAINTIFF:

FOR DEFENDANTS: SCOTT MISHKIN; KYLE PULIS

COURT REPORTER: ___P. AUERBACH  ___M. FOLEY  ___F. GUERINO  ___P. LOMBARDI  _X_ M. STEIGER  ___D. TURSI  ___O. WICKER

_X_ CASE CALLED.

_X_ COUNSEL FOR DEFENDANTS PRESENT, WITH CLIENT.

_X_ COUNSEL FOR PLAINTIFF NOT PRESENT.

___ HEARING HELD; WITNESS(ES) CALLED.

___ DISCOVERY TO BE COMPLETED BY

___ PARTIES TO COMPLETE
       BY THE NEXT CONFERENCE OR BY

_X_ NEXT CONFERENCE SET FOR 4/12/2019 AT 2:30PM.

___ CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
     FOR

___ MOTIONS TO BE FILED BY

___ JURY SELECTION SET FOR

___ TRIAL SET FOR

| X | OTHER: ARGUMENT HEARD ON MOTION [30] FOR ATTORNEY TO WITHDRAW; MOTION GRANTED.  DEFENDANTS ARE ALLOWED 60 DAYS IN WHICH TO RETAIN NEW COUNSEL.

      PLAINTIFF'S MOTION [32] TO AMEND THE COMPLAINT IS GRANTED. PLAINTIFF SHALL FILE THE AMENDED COMPLAINT UPON THE NOTICE OF APPEARANCE OF THE NEW DEFENSE ATTORNEY OR ON 4/12/2019, WHICHEVER IS SOONER.

      MAGISTRATE JUDGE TOMLINSON'S 2/20/2019 TELEPHONE CONFERENCE WILL BE ADJOURNED.