**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
**STEPHEN FLANAGAN, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 VACATION FUND, et al.**

                                 **Plaintiffs**            Case No. 18-cv-01303-JS-AKT

   -against-

**WILLIAM G. PROPHY LLC DBA WGP**         NOTICE OF APPEARANCE
**CONTRACTING INC. AND WILLIAM G.**
**PROEFRIEDT,**

                            **Defendants.**
-------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that Ralph A. Somma of the Law Office of Ralph A. Somma, a duly admitted attorney in the United States District Court for the Eastern District of New York, hereby appears on behalf of Defendants, **WILLIAM G. PROPHY LLC d/b/a WGP CONTRACTING INC. and WILLIAM G. PROEFRIEDT**, in this action. All further correspondence, pleadings, discovery, motions, etc. in this matter should be sent to the undersigned at the address noted in the signature block below.

Dated: April 10, 2019
       Babylon, NY

                                                        LAW OFFICE OF RALPH A. SOMMA
                                                        Attorney for Defendants
                                                        175 West Main Street, Suite 1
                                                        Babylon, NY 11702
                                                        Tel: (631) 587-1699
                                                        rsomma@sommafirm.com

                                                        _____
                                                        Ralph A. Somma (RS 3473)