

WILLIAM T. LAVELLE

**LAVELLE LAW**
—— & ASSOCIATES P.C. ——
57 East Main Street • Patchogue, New York 11772
(631) 475-0001 • Fax (631) 447-7150
Email: lavellelawassociates@gmail.com

*Also Admitted in California*

*Eastern District of New York*
*Southern District of New York*

January 24, 2020

**Via ECF**

Hon. Judge Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> Re:   **Flanagan, et al v. William G. Prophy LLC, et al**
> **2:18-cv-01303-JS-AKT**

Dear Honorable Judge Seybert:

This office represents the plaintiffs in this matter. This letter is submitted in response to your Minute Order, dated January 13, 2020 wherein defendant is allowed two weeks in which to retain counsel and a Status Conference is scheduled for January 27, 2020 at 11:00 A.M.

Please be advised that to date, our office has not been contacted by an attorney representing the defendants and plaintiffs' attorney, William T. LaVelle, is currently away on vacation.

Therefore, it is respectfully requested that the Status Conference set for January 27, 2020 at 11:00 A.M. be adjourned.

As such, I respectfully propose the Status Conference be held on February 3, 11th, or 18th of 2020.

Should you have any questions regarding the foregoing, I can be reached at extension, 114. The Court's continuing attention to this matter is greatly appreciated.

Respectfully submitted,

Scotti Smith
Paralegal to William T. LaVelle



LAVELLE LAW
—— & ASSOCIATES P.C. ——

Cc:     William G. Prophy LLC dba WGP Contracting Inc.
        85 Sprucewood Road
        West Babylon, New York 11704 — Via Facsimile No.: 631-968-1066

        William G. Proefriedt — via Email: Billproef@aol.com
        85 Sprucewood Road
        West Babylon, New York 11704