DATE: 1/27/2020    AT: 11:00

BEFORE JUDGE JOANNA SEYBERT:

STATUS CONFERENCE

DOCKET NUMBER: CV 18-1303

TITLE: FLANAGAN -V- PROEFRIEDT

APPEARANCES:

FOR PLAINTIFF: WILLIAM LaVELLE (PHONE)

FOR DEFENDANTS: WILLIAM PROEFRIEDT, PRO SE

COURT REPORTER: M. STEIGER

- X  CASE CALLED.
- X  COUNSEL FOR ALL SIDES PRESENT.
- ___  COUNSEL FOR _____ NOT PRESENT.
- X  CONFERENCE HELD.
- ___  DISCOVERY TO BE COMPLETED BY
- ___  PARTIES TO COMPLETE BY THE NEXT CONFERENCE OR BY
- X  NEXT CONFERENCE SET FOR 2/18/2020 AT 4:30PM.
- ___  CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE ___ FOR
- ___  MOTIONS TO BE FILED BY
- ___  JURY SELECTION SET FOR
- ___  TRIAL SET FOR
- X  OTHER: NEW DEFENSE ATTORNEY EXPECTED AT THE NEXT CONFERENCE.

WORD