

WILLIAM T. LAVELLE

**LAVELLE LAW**
**— & ASSOCIATES P.C. —**
57 East Main Street • Patchogue, New York 11772
(631) 475-0001 • Fax (631) 447-7150
Email: lavellelawassociates@gmail.com

*Also Admitted in California*

*Eastern District of New York*
*Southern District of New York*

April 23, 2020

Attn.: Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re: Flanagan, as Trustee of the General Building Laborers'
         Local 66 Vacation Fund v. William G. Prophy, LLC
         Docket # 2:18-cv-01303(JS)(AKT)

Dear Magistrate Tomlinson:

  As the court is aware, I represent the above named plaintiff in the above captioned action. Several weeks ago, I received a phone call from attorney, Matthew Touhy stating that he may be retained to represent the defendants in the above captioned action. I have left Mr. Touhy a few voicemails. I have never heard back from Mr. Touhy. I did send Mr. Proefriedt an email inquiring if he hired Mr. Touhy. He responded stating, "will do." It appears that Mr. Touhy, as of today's date, has not been retained.

  Please advise me of how the court would like to proceed.

              Very truly yours,

              William T. LaVelle

Cc: William G. Proefriedt
   85 Sprucewood Road
   West Babylon, NY 11704