# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| STEPHEN FLANAGAN ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-CV-01303-JS-AKT |
| WILLIAM G. PROEFRIEDT, WILLIAM PROPHY LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, William G. Proefriedt and William G. Prophy LLC.

Date: 03/01/2021

*Attorney's signature*

Michael Cassell
*Printed name and bar number*
Hogan & Cassell, LLP
500 North Broadway, Suite 153
Jericho, NY 11753

*Address*

mcassell@hogancassell.com
*E-mail address*

(516) 942-4700
*Telephone number*

(516) 942-4705
*FAX number*