# HOGAN & CASSELL, LLP
### ATTORNEYS & COUNSELORS AT LAW
### 500 NORTH BROADWAY
### SUITE 153
### JERICHO, NEW YORK 11753

SHAUN K. HOGAN+
MICHAEL D. CASSELL"

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
www.hogancassell.com

NEW JERSEY OFFICE
FREEHOLD CENTER
4400 ROUTE 9 SOUTH, SUITE 1000
FREEHOLD, NEW JERSEY 07728
TELEPHONE: (732) 303-7488

+ALSO ADMITTED IN MASSACHUSETTS
"ALSO ADMITTED IN NEW JERSEY

October 7, 2021

**BY ECF**
Magistrate James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re: Stephen Flanagan v. William G. Prophy, et al.
         Civil Action No.: 18 CV 1303 (JMW)

Dear Judge Wicks;

     This firm represents the Defendants in this action, which is scheduled for trial on October 12, 2021. I write to respectfully request a tele-conference to address a time sensitive issue in this action. Less than one hour ago, Plaintiff's counsel issued a Subpoena Duces Tecum in this action, which calls for production of records that have not previously been referenced or produced. Counsel's notice to me indicated that production of the requested documents will likely occur shortly. A copy of opposing counsel's email and subpoena are attached. In light of the foregoing, we respectfully request a conference with the Court to address this matter.

     Thank you for your consideration.

                                 Respectfully submitted,
                                 HOGAN & CASSELL, LLP

                                 Shaun K. Hogan

Encl.
cc: William T. Lavelle, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Case No.: 18-cv-1303(JS)(JMW)

**JUDICIAL SUBPOENA**
**DUCES TECUM**

STEPHEN FLANAGAN, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 VACATION FUND; STEPHEN FLANAGAN, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 WELFARE FUND; STEPHEN FLANAGAN, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 PENSION FUND; STEPHEN FLANAGAN, as Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 ANNUITY FUND; STEPHEN FLANAGAN, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 LABORERS' EMPLOYER COOPERATIVE AND EDUCATIONAL TRUST FUND; STEPHEN FLANAGAN, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 GREATER NY LABORERS' EMPLOYER COOPERATIVE AND EDUCATIONAL TRUST FUND; STEPHEN FLANAGAN, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 TRAINING PROGRAM; STEPHEN FLANAGAN, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 NEW YORK STATE HEALTH AND SAFETY FUND; STEPHEN FLANAGAN, as Business Manager of GENERAL BUILDING LABORERS' LOCAL UNION NO. 66 of the LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

       Plaintiffs,

-against-

WILLIAM G. PROPHY LLC dba WGP CONTRACTING INC. and WILLIAM G. PROEFRIEDT,

       Defendants.
-------------------------------------------------------------X

TO: Village of Patchouge Town Clerk
   4 Baker Street # 6
   Patchogue, NY 11772

**GREETING:**

  **WE COMMAND YOU**, that all business and excuses being laid aside and that you immediately produce the following document:

    - a copy of the "bid" that defendant, WGP CONTRACTING INC.

submitted to the Village of Patchogue for work performed at the Village of Patchogue Sewage treatment plant

***Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.***

Dated: October 7, 2021
   Patchogue, New York

                Yours, etc.,

                **LAVELLE LAW & ASSOCIATES, P.C.**

                By: *[signature]*
                WILLIAM T. LAVELLE, ESQ.
                *Attorney for Plaintiffs*
                57 East Main Street
                Patchogue, New York 11772
                (631) 475-0001

TO:  Shaun Hogan, Esq.
    Hogan & Cassell, LLP
    500 North Broadway, Suite 153
    Jericho, NY 11753
    (phone): 516-942-4704
    (fax): 516-942-4705
    (e-mail): skhogan@hogancassell.com

# Shaun Hogan

**From:** LaVelle Law & Associates P.C. <wtlpc@aol.com>
**Sent:** Thursday, October 7, 2021 12:21 PM
**To:** skhogan@hogancassell.com
**Subject:** Re: Flanagan-v-Prophy
**Attachments:** subpoena.pdf

Shaun:

Attached is a subpoena duces tecum that I served today of the Village of Patchogue. I will be receiving the subpoenaed documents shortly and when I recieve them I will e-mail them to you.

Bill
William T. LaVelle, Esq.
LaVelle Law & Associates P.C.
57 East Main Street
Patchogue, NY 11772
P: 631-475-0001
F: 631-447-7150