UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

STEPHEN FLANAGAN, as a Trustee of the GENERAL
BUILDING LABORERS' LOCAL 66 VACATION
FUND; STEPHEN FLANAGAN, as a Trustee of the
GENERAL BUILDING LABORERS' LOCAL 66
WELFARE FUND; STEPHEN FLANAGAN, as a Trustee
of the GENERAL BUILDING LABORERS' LOCAL 66
PENSION FUND; STEPHEN FLANAGAN, as Trustee of
the GENERAL BUILDING LABORERS' LOCAL 66
ANNUITY FUND; STEPHEN FLANAGAN, as a Trustee
of the GENERAL BUILDING LABORERS' LOCAL 66
LABORERS' EMPLOYER COOPERATIVE AND
EDUCATIONAL TRUST FUND; STEPHEN
FLANAGAN, as a Trustee of the GENERAL BUILDING
LABORERS' LOCAL 66 GREATER NY LABORERS'
EMPLOYER COOPERATIVE AND EDUCATIONAL
TRUST FUND; STEPHEN FLANAGAN, as a Trustee of
the GENERAL BUILDING LABORERS' LOCAL 66
TRAINING PROGRAM; STEPHEN FLANAGAN, as a
Trustee of the GENERAL BUILDING LABORERS'
LOCAL 66 NEW YORK STATE HEALTH AND SAFETY
FUND; STEPHEN FLANAGAN, as Business Manager of
GENERAL BUILDING LABORERS' LOCAL UNION
NO. 66 of the LABORERS' INTERNATIONAL UNION
OF NORTH AMERICA, AFL-CIO,

                                        Plaintiffs,

           -against-

WILLIAM G. PROPHY LLC dba WGP CONTRACTING
INC. and WILLIAM G. PROEFRIEDT,

                                        Defendants.

-----------------------------------------------------------------X

Case No.: 18-CV-1303(JS)(JMW)

**STIPULATION
OF DISMISSAL**

**FILED
CLERK**

10/19/2021 11:54 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

It is hereby stipulated and agreed by and between the parties that the above matter be

discontinued with prejudice and without costs or attorneys' fees to either party as against the other

in that full settlement has been made. This stipulation may be executed in counterparts and it is

agreed that facsimile or electronic signatures shall constitute original signatures for the purpose of

this stipulation.

Dated: October 18, 2021
Patchogue, New York

**LAVELLE LAW & ASSOCIATES, P.C.**

By: _William T. Lavelle_

WILLIAM T. LAVELLE, ESQ.
*Attorneys for Plaintiffs*
57 East Main Street
Patchogue, New York 11772
(631) 475-0001

**HOGAN & CASSELL, LLP**

By: _____

SHAUN HOGAN, ESQ.
*Attorneys for Defendants*
WILLIAM G. PROPHY LLC dba WGP
CONTRACTING INC. and WILLIAM G.
PROEFRIEDT
500 North Broadway, Suite 153
Jericho, NY 11753
(516) 942-4704

**SO ORDERED:**

Oct. 19, 2021    S/ James m. Wicks

James M. Wicks
United States District Court Magistrate Judge

2